United States Court of Appeals
Fifth Circuit

**F I L E D**

# UNITED STATES COURT OF APPEALS

April 29, 2008

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

No. 07-20357

D.C. Docket No. 4:05-CV-4149

United States District Court
Southern District of Texas
FILED

MAY 2 8 2008

Michael N. Milby, Clerk

RICKY RAYMOND; DONALD EUBANKS; VIRGINIA LARA

    Plaintiffs - Appellants

v.

UNIVERSITY OF HOUSTON

    Defendant - Appellee

Appeal from the United States District Court for the Southern District of Texas, Houston.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 2 1 2008

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
                Deputy   MAY 2 1 2008

New Orleans, Louisiana