IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKY RAYMOND, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-05-4149 |
| | § | |
| UNIVERSITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Presently before the court is the Motion of Larry Watts to Withdraw as Counsel for Ricky Raymond (Docket Entry No. 56). In the motion, Watts seeks to withdraw from representing Plaintiff Raymond on the ground that Raymond has refused to communicate with him. Watts avers that Raymond's mother has advised him that Raymond is presently incapacitated with Bi-Polar Disorder.

If Mr. Raymond is unable to participate in this suit, his legal guardian may nonsuit his claims. Alternatively, Defendant may pursue its options pursuant to Rule 37 if Raymond has failed to participate in discovery. Although the court is sympathetic to Mr. Watts's dilemma, at present, Raymond needs representation to protect his procedural rights.

Watts's motion to withdraw is **DENIED** at this time.

**SIGNED** this 27th day of May, 2009, in Houston, Texas.

Nancy K. Johnson
United States Magistrate Judge