```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

RICKY RAYMOND et al,              §
                                  §
      Plaintiff,              §
                                  §
vs.                               §           4:05-CV-4149
                                  §
UNIVERSITY OF HOUSTON,            §

      Defendant.

NOTICE OF HEARING

      TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**PLACE:**    BOB CASEY FEDERAL BUILDING
            515 RUSK AVENUE
            HOUSTON, TEXAS  77002
            COURTROOM #700, 7th Floor

**DATE:**     September 16, 2009

***TIME SET:*** *10:00 A.M.*

**TYPE OF PROCEEDING:** SHOW CAUSE WHY THE SECOND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SHOULD NOT BE GRANTED.

      <u>PLAINTIFF RICKY RAYMOND MUST PERSONALLY APPEAR BEFORE THIS COURT.</u>

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE         DATE: 08/26/09

 Linda Gonzales
(BY) DEPUTY CLERK 713-250-5534

TO:  All Parties of Record