**COURTROOM MINUTES- ORDER**
JUDGE <u>NANCY K. JOHNSON  PRESIDING</u>
DATE:<u> September 16, 2009</u>
ERO:   <u>Albert Alonzo</u>
MORNING<u>     10:00  - 10:15               </u>        AFTERNOON<u>                                        </u>
**********************************************************************************

CIVIL NO:  H-05-4149
APPEARANCES:

| | | |
|---|---|---|
| Ricky Raymond, et al, | § | Laurence Watts |
| | § | Donald Eubanks |
| vs. | § | Virginia Lara |
| | § | |
| University of Houston. | § | James Beau Eccles |

**********************************************************************************
DOCKET ENTRY

NKJ:<u> Motion to Withdraw Hearing     </u>

<u>Arguments  heard on  the record.  Motions to Withdraw as Attorney for Plaintiffs - Docket Entries</u>

<u>#59 and #61 are granted for reasons stated on the record.                                       </u>

Nancy K. Johnson
United States Magistrate Judge