## AFFIDAVIT OF VIRIGINIA LARA

THE STATE OF TEXAS § 

COUNTY OF HARRIS §

Before me, the undersigned notary, on this day personally appeared VIRGINIA LARA, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Virginia Lara. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts in this affidavit are within my personal knowledge and true and correct.

2. Prior to being represented by Mr. L. Lee Thweatt of Terry & Thweatt, P.C., I've been represented by two different lawyers in this matter. My first lawyer, Mr. Lionel Mills, is now deceased. My second lawyer, Laurence Watts, withdrew from representation due to what he cited to me as health concerns.

3. It was my understanding that when Mr. Mills first filed the lawsuit on my behalf and the other Plaintiffs in this case, that all of us would have our case considered by a jury. That is what I desired, and what all of us, myself included, instructed Mr. Mills that we wanted.

4. When I met with Mr. Thweatt to discuss whether he would be willing to represent me in this case, Mr. Thweatt informed me that there was never a jury requested by either of my previous attorneys. I was surprised and upset when I was told this because it was always my understanding that a jury, rather than a judge, would hear my case.

5. It is my desire to have my case considered and ruled upon at trial by a jury rather than a judge or magistrate judge.

_____
VIRGINIA LARA

1

SUBSCRIBED AND SWORN TO before me, on this the 23 day of December, 2009.

ANN MARIE OLIVIER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
02-19-2013

_____
Notary Public in and for
The State of Texas

2