IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKY RAYMOND, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-4149 |
| | § | |
| UNIVERSITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff Lara's motion for jury trial, filed three weeks before trial, is untimely, and would result in a disruption of the court's schedule as well as prejudice the Defendant. Accordingly, the motion is **DENIED**. The trial will proceed to the bench.

**SIGNED** this 13th day of January, 2010.

Nancy K. Johnson
United States Magistrate Judge