IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICKY RAYMOND, et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. H-05-4149** |
| | § | |
| **UNIVERSITY OF HOUSTON** | § | |
| **Defendant.** | § | |

### NOTICE OF PRELIMINARY SETTLEMENT

TO THE HONORABLE NANCY K. JOHNSON, UNITED STATES MAGISTRATE:

COME NOW, Plaintiff, Virginia Lara, and Defendant, University of Houston, who jointly file this Notice of Preliminary Settlement and respectfully inform the Court as follows:

The parties have reached a preliminary agreement to settle this case. The parties are presently undertaking the necessary steps to prepare and execute a formal, written settlement agreement. The parties therefore respectfully request that the Court postpone any ruling or judgment in this case to allow the parties time to finalize the settlement.

Respectfully Submitted,

**TERRY & THWEATT, P.C.**

By: /s/ L. Lee Thweatt
L. Lee Thweatt
Texas Bar No. 24008160
Federal I.D. No. 36618
Joseph D. Terry
Texas Bar No.  24013618
Federal I.D. No. 24206
One Greenway Plaza, Suite 100
Houston, Texas  77046-0102
(713) 600-4710 Telephone
(713) 600-4706 Telecopier
lthweatt@terrythweatt.com
jterry@terrythweatt.com

**ATTORNEYS FOR PLAINTIFF**

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

ROBERT O'KEEFE
Chief, General Litigation Division

/s/ James "Beau" Eccles
JAMES "BEAU" ECCLES
Texas Bar No. 00793668
Attorney-in-Charge
DARREN G. GIBSON
Texas Bar No. 24068846
Southern District No. 1041236
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 463-2120
(512) 320-0667 FAX

**ATTORNEYS FOR DEFENDANT
UNIVERSITY OF HOUSTON**