IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICKY RAYMOND, et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-05-4149 |
| | § | |
| **UNIVERSITY OF HOUSTON** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AND TAKE NOTHING JUDGMENT

TO THE HONORABLE NANCY K. JOHNSON, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Plaintiff, Virginia Lara, who files this Motion to Dismiss with Prejudice and Take Nothing Judgment, and respectfully shows the Court as follows:

Plaintiff, Virginia Lara and Defendant have settled their differences in this lawsuit and have executed a written settlement agreement.  Accordingly, Plaintiff asks that this Court:

a)  dismiss her lawsuit with prejudice to refiling the same;

b)  that the Court enter a take nothing judgment in favor of Defendant; and

c)  order that the parties are to bear their own costs and attorney fees in this matter.

WHEREAS, ABOVE PREMISES CONSIDERED, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Dismiss with Prejudice, enter a take nothing judgment in favor of Defendant, and order that the parties are to bear their own costs and attorney fees in this matter.

Respectfully Submitted,

**TERRY & THWEATT, P.C.**

By: /s/ L. Lee Thweatt
L. Lee Thweatt
Texas Bar No. 24008160
Federal I.D. No. 36618
Joseph D. Terry
Texas Bar No.  24013618
Federal I.D. No. 24206
One Greenway Plaza, Suite 100
Houston, Texas  77046-0102
(713) 600-4710 Telephone
(713) 600-4706 Telecopier
lthweatt@terrythweatt.com
jterry@terrythweatt.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served upon all counsel of record via the Court's electronic filing system on March 21, 2009.

By: /s/ L. Lee Thweatt

2