IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICKY RAYMOND, et al., § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> UNIVERSITY OF HOUSTON § <br> Defendant. § | CIVIL ACTION NO. H-05-4149 |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AND TAKE NOTHING JUDGMENT

CAME ON for hearing Plaintiff's Motion to Dismiss with Prejudice and Take Nothing Judgment. Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, the Court hereby ORDERS that Plaintiff shall take nothing in this lawsuit, and that Plaintiff's lawsuit is dismissed with prejudice. All costs are borne against the party incurring the same.

Signed this 24th day of March, 2010.

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE