IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKY RAYMOND, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-05-4149 |
| | § | |
| UNIVERSITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In conformity with the Memorandum Opinion entered December 3, 2009, it is **ADJUDGED** that Plaintiffs Ricky Raymond and Donald Eubanks take nothing from Defendant University of Houston.

Defendant is awarded its costs.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** this 25th day of March, 2010.

Nancy K. Johnson
United States Magistrate Judge